1 | Bija Esfandiari, Esq. (Bar No. 223216)
Mark H. Schlein, Esq. (FL Bar No. 000700)
2 | (*Pro Hac Vice* application to be submitted)
Diane Marger Moore, Esq. (FL Bar No. 268364)
3 | (*Pro Hac Vice* application to be submitted)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
4 | 12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
5 | Tel: (310) 207-3233
Fax: (310) 207-4204
6 |
Attorneys for Relator,
7 | ZHONGHUI TU



**SEALED BY COURT ORDER**

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **(SAN FRANCISCO DIVISION)** DMR

11 | UNITED STATES OF AMERICA,  ) Case No.:

12 | *ex rel.* ZHONGHUI TU,  CV ) **12   4166**

13 | RELATOR AND PLAINTIFF,  )

14 | v.  ) **COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT**

15 | ANNIE KUO; ROGER LIANG; BIZLINK  ) **DEMAND FOR JURY TRIAL**
TECHNOLOGY, INC., a California corporation;  )
16 | BIZLINK HOLDING, INC., a Cayman Islands  )
corporation; and ACCELL CORP., a California  ) **FILED IN CAMERA**
17 | corporation,  ) **AND UNDER SEAL**

18 | DEFENDANTS.  )



19 |  )

20 |

21 | **COMPLAINT**

22 | Zhonghui Tu ("Relator") brings this action in the name of and on behalf of the United States of

23 | America ("United States") for treble damages and civil penalties arising from Defendants' ANNIE

24 | KUO ("Kuo"), ROGER LIANG ("Liang"), BIZLINK TECHNOLOGY, INC., a California corporation

25 | ("BTI"), BIZLINK HOLDING, INC., (BHI) a Cayman Islands Corporation that is publically traded on

26 | the Taiwanese stock exchange and ACCELL CORPORATION, a California corporation ("Accell"),

27 | conduct in violation of the Federal Civil False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA"). The

28 | violations arise out of a scheme to avoid payment of lawful customs duties by providing false

1  COMPLAINT AND DEMAND FOR JURY TRIAL

1 | documentation to the United States Customs and Border Protection Division of the Department of
2 | Homeland Security ("Customs").

3 | **INTRODUCTION**

4 | 1. Prior to 1998, Defendants Roger Liang and Annie Kuo were owners of companies in
5 | China and Taiwan that manufactured cable assemblies, wire harnesses, power cords and other related
6 | products. These products were sold to major companies around the world, including Dell, Hewlett
7 | Packard and other similarly well known brand names.

8 | 2. These Chinese manufacturers were known as OEM or original equipment manufac-
9 | turers. The manufacturing companies included several entities owned and operated by Liang and Kuo
10 | including BIZLINK (BVI) Corporation, Zellwood International Corporation, BizLink International,
11 | Corp. and others.

12 | 3. In 2000 Liang and Kuo, husband and wife, incorporated a holding company, BizLink
13 | Holding, Inc. ("BHI") to serve as the parent of their developing corporate global empire which
14 | included manufacturing plants, sales arms and expanding marketing and investment companies.

15 | 4. In about 1998, Liang and Kuo created BizLink Technology, Inc. in California, USA, to
16 | serve as the importer of the cable assemblies and wire harnesses and similar products that their related
17 | companies manufactured in China.[1]

18 | 5. Liang and Kuo also created U.S. sales branches for the products manufactured at BHI
19 | plants to be sold by these retail suppliers under their own brand name(s). These included Accell
20 | Corporation,[2] which sells audio, video and computer connectors."

21 | 6. BTI imported the cable assemblies, wire harnesses and other related products into the
22 | United States. About 95% of the imports were OEM business (BTI) and about 5% for its retail
23 | businesses (Accell).

24 |
25 |
26 |

27 | [1] It may be that products were also manufactured during the relevant years in other countries; however China was the country of origin of the vast majority of products.
28 | [2] http://www.accellcables.com

7.      Between the years 1998 and continuing until at least June 5, 2008,[3] Defendants BHI through BTI intentionally avoided the payment of United States Customs duties by making false statements and falsifying shipping documents for the goods it imported into the United States from China by sea.[4]

8.      These illegal actions and resulting false records and statements caused the federal government to be deprived of lawful duties to which it was entitled in the millions of dollars.  It is estimated that, at a minimum, the unpaid Customs duties exceed $2.175 million dollars[5] (not including penalties, interest or fines).[6]

9.      Plaintiff/Relator Zhonghui Tu worked for BTI for more than ten (10) years beginning as a senior project engineer and rising to the level of Director of the Business Unit and Acting Global Program Manager for the Dell Computer Account.  In that capacity, Relator had access to all shipping documentation for the imported connectors, cable assemblies, harnesses, cords and other products imported by BHI and BTI.

10.     Relator is an "original source" of the information upon which this Complaint is based as that term is used in the False Claims Act.

11.     The facts and circumstances alleged in this Complaint have not been publicly disclosed in a criminal, civil or administrative hearing, nor in any congressional, administrative, or government accounting office report, hearing, audit investigation, or in the news media.

---

[3]  The liquidation date on these imports is approximately one year after entry. 19 U.S.C.A. §1514.

[4]  Some of the shipping documents show BizLink (BVI) Taiwan, however the products were manufactured and exported from China.

[5]  The amount calculated for duties and fees owed by Defendants for the years 2005 through the third quarter of 2008 is $1.375 million dollars.  The amount estimated to be owed by Defendants for duties and fees owed for the years 2002 through the year 2004 is $800,000.  The amount of duties and fees owed between 1998 and 2002 has not been calculated.

[6]  This Complaint relates to shipments by <u>sea</u> from the Shenzhen factory.  It does not include air shipments or shipments directly to the consumer ("drop shipped") regardless of the mode of transportation.

**JURISDICTION**

12.     This court has jurisdiction over this civil action pursuant to 28 U.S.C. §1331, 28 U.S.C. §1367 and 31 U.S.C. §3732.

13.     Venue is proper in this District pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. § 1391, because at all times material and relevant, Defendants transact and transacted business in this District.

**INTRADISTRICT ASSIGNMENT**

14.     This matter is properly assigned, pursuant to Civil L.R. 3-2(c) and (d) to the Oakland or San Francisco Division of the court because a substantial part of the events or omissions which give rise to the claim occurred in that division and Defendant Kuo resides in the district and Defendants BTI's and ACCELL's principal places of business are located in Fremont, Alameda County, California.

**PARTIES**

15.     The United States of America (sometimes referred to herein as the "U.S." or the "government") through the Bureau of Customs and Border Protection, a division of the United States Department of Homeland Security ("Customs"), is responsible for assessing and collecting duty for the import of goods into the United States pursuant to the Tariff Act of 1930, 19 U.S.C.A. §1202 *et seq*. (hereinafter referred to as the "Tariff Act").

16.     Import duties to be paid when goods are imported into the U.S. are determined using the Harmonized Tariff Schedule of the United States (hereinafter "the HTS"), which is published and maintained by the U.S. International Trade Commission.

17.     Customs is solely authorized to interpret the HTS, issue legally binding rulings or advice on tariff classifications, and to administer customs laws.

18.     The Relator, Zhonghui Tu is an engineer by training and education.  He received his Bachelor of Science degree in Electrical Engineering from the Tianjin University of Technology in China and his Masters of Science in Industrial Engineering at the University of Arizona, Tucson, Arizona.  He began his career in 1995. He joined BTI as Senior Project Engineer in August of 2001. Zhonghui Tu worked his way up in BTI and was appointed Director of the Business Unit and Acting

1  Global Program Manager for the Dell Computer account in August of 2009.  Relator left BTI in

2  January of 2012 due to a corporate reorganization which eliminated his position.

3        19.    Relator is a United States citizen and resides in California, U.S.A.

4        20.    Relator has direct and independent knowledge of the information on which the

5  allegations are based and has voluntarily provided the information to the Government before filing an

6  action under the False Claims Act.

7        21.    Relator has complied with all conditions precedent to bringing this action.

8        22.    Annie (a/k/a "Inru" and "郭殷如") Kuo is and was, at all times material to this

9  complaint, the president of BizLink Group, BTI, BHI and an officer, director and resident agent for

10 ACCELL.  She is married to "Roger" Liang.

11       23.    Roger (a/k/a "梁華哲" "Huazhe" and "Hwa-Tse") Liang was, at all times material to

12 this complaint, Chairman of the Board of BHI and CEO of BizLink Group and BTI.  He also serves as

13 a director or officer of 13 BHI companies.  He received his Master of Science degree in Electrical

14 Engineering from Pennsylvania State University.[7]  He is married to Annie Kuo.

15       24.    Bizlink Holding, Inc. is a Cayman Islands corporation whose address is shown as 4/F

16 Harbour Centre, P.O. Box 613, George Town Grand Cayman, Cayman Islands, British West Indies.

17 BHI operates from the BTI offices in California and shows bizlinktech.com as its website.  It is

18 publically traded on the Taiwan stock exchange.  BHI issued stock on January 17, 2011 and was

19 licensed on April 21, 2011 (stock code 3665).  BHI is a holding company with wholly owned

20 subsidiaries throughout the world.  BHI companies mainly engage in the manufacture, sale, exportation

21 and importation of connectors, cables, assemblies, harnesses, computer-related connecting set and

22 electronic wire cable.  Its major production bases are in Shenzhen, Xiamen and Kunshan in China,

23 although it has subsidiaries in Samoa, Mexico and the British Virgin Islands.  A chart showing its

24 Investment holdings is attached hereto as Exhibit 2.

25       25.    "BizLink is a leading global supplier of interconnectivity solutions with state-of-the-art

26 facilities around the globe. Its major product lines are cable assembly, wiring harnesses and connectors

27 _____

28 [7] A list of BHI officers with resume summaries is attached hereto as Exhibit 1.

1   for the computer, medical equipment, communication, automotive and solar power.  As a vertically

2   integrated group, BizLink has its own manufacturers in cable assembly, connectors, wire extrusion and

3   fiber optic components."[8]

4        26.     BHI and its companies employ more than 5,600 people worldwide.  BHI has numerous

5   wholly owned subsidiaries including: BTI; Zellwood International Corp. (British Virgin Islands "BVI"

6   corporation); Optiworks, Inc.; BizConn International; ACCELL Corp.; Adel Enterprise; Oriental Rose

7   Corp. (Samoa); and others.

8        27.     Defendant BIZLINK TECHNOLOGY, INC. is and was a wholly owned subsidiary of

9   BHI.  BTI is "a global manufacturer of cable assemblies and wiring harnesses for motor vehicles, IT

10  products, industrial equipment, medical equipment and general electronics products."[9]  Its global

11  distribution network includes: Fremont, California, Austin and El Paso, Texas U.S.A.; Dublin, Ireland;

12  Lodz, Poland; Juarez, Mexico; Tokyo, Japan; Taipei, Taiwan; Penang, Malaysia, Shanghai, Xiamen

13  and Shenzhen China; and Chennai, India; and other locations with third party companies for

14  warehousing and logistics.

15       28.     BTI's annual revenues have been more than one-hundred million dollars

16  ($100,000,000) per year since 2006.  Projected income for 2011 was in excess of two-hundred five

17  million dollars ($205,000,000).  BTI provides products for computers, medical equipment, motor

18  vehicles, contract manufacturing, consumer electronics, instruments for industry, communications and

19  photovoltaic.  BTI's customers include: Dell, Hewlett Packard, BenQ, ASUS, NEC, Quanta, GE

20  Healthcare, Mindray, BMW, Yazaki, JCI, GM, Polaris, Thermo King, Microsoft, Sony, Apply, Nokia,

21  Accell (a related company and defendant herein), Cisco, Fujisu, Avanex, and Zhpon.

22       29.     BTI is a California Corporation, Entity Number: C2209111, whose offices are located at

23  3400 Gateway Blvd., Fremont, California 94538.  BTI has more than 50 employees. Prior to July 2009,

24  its address was 44911 Industrial Drive, Fremont, California 94538.

25

26  _____

27  [8] http://www.twse.com.tw/en/about/press_room/tsec_news_detail.php?id=7571

28  [9] *www.bizlinktech.com/*

30.     Defendants BHI and BTI own and operate manufacturing plants in several countries and several of these plants have been in operation since the late 1990s.

31.     Defendants BTI and BHI collectively operate as BizLink Group.

32.     Defendant ACCELL CORP. is a California Corporation with its principal place of business located at 3400 Gateway Blvd., Fremont, California 94538.[10] Prior to July 2009, its address was 44911 Industrial Drive, Fremont, California 94538. It is a wholly owned subsidiary of BHI.

33.     BHI, BTI and ACCELL share offices, officers and agents.[11]

34.     ACCELL's website provides the following description of the company: "Accell has global design and manufacturing facilities in the United States, Mexico, Malaysia and China. All of our factories are certified to the ISO 9000 standard. In addition, our new state-of-the-art facility in Shenzhen, China has earned QS-9000 and ISO-14000 certification. With its headquarters in the heart of Silicon Valley, Accell leverages its advanced design and manufacturing abilities to bring exciting connectivity products to the retail channel. With a large group of dedicated scientists, design engineers and veteran sales and marketing professionals, Accell is quickly becoming a world leader in delivering high-quality and affordable connectivity products."

35.     BHI and BTI through their integrated companies manufacture and ship connectors, cable assemblies, harnesses and power cords for many industries to the United States primarily by sea.

36.     Some of those products are sold to their related companies in the United States, including Defendant Accell.

**INDIVIDUAL PARTICIPANTS**

37.     Yvonne ("Yufang" or "王毓芳") Wang (hereinafter referred to as "Wang") is and was, at all times material to this complaint, the Deputy General Manager-Finance for BHI, BizLink Group and the Vice President-Finance for BTI.

38.     Pat Lin was, at all times material to this complaint, the Accounting Manager for BizLink Group and BTI.

---

[10]  This is the same business address as BTI.

[11]  A chart showing the structure of the United States BizLink officers is attached hereto as Exhibit 2.

39.     Jackson Lee is and was at all times material to this complaint, the Senior Supply Chain Manager for BHI's Chinese manufacturing plant.

40.     Jackson Shaw ("Shaw") was Logistics and Warehouse Manager for BTI at all times material to this complaint.

41.     The Relator was an employee of BTI from August of 2001 until January 2012.

**FACTS COMMON TO ALL COUNTS**

42.     As set forth above, the Bureau of Customs and Border Protection, a division of the U.S. Department of Homeland Security, collects duty for the import of goods into the United States pursuant to the Tariff Act.

43.     Customs determines the appropriate duty on imported goods by referring to the HTS, which is published and maintained by the United States International Trade Commission. Customs relies upon information provided in shipping documents to calculate the proper duties to be imposed.

44.     Defendants, in their various capacities, were and are responsible for manufacturing, distributing, importing and selling certain interconnect products between Taiwan, China, and the United States.[12]

45.     The Relator was an employee of BTI from August of 2001 until January 2012.

46.     As the Director of Operations (director of the Business Unit), Relator reviewed product costs for major accounts initiating adjustments to selling prices for parts depending on their profitability or losses. He was responsible for cementing relations with major customers such as Dell and Hewlett Packard (HP). He reviewed quarterly reports and worked closely with executive management to propose appropriate business strategies. In that capacity he had access to company records and data and acted as a liaison between the manufacturers and customers.

47.     Relator is also familiar with the normal process of exporting goods from China and importing them into the United States.

---

[12] Through its many subsidiaries around the world BTI also manufactures, distributes, and sells these components, connectors and products globally. This case relates only to the import of connectors, cables, cords, assemblies and harnesses into the United States.

48.     Relator advises that in the normal course of business a Seller supplies the products which are made in China and sells them to a Buyer who imports them into the United States. Once the negotiated prices are agreed upon by both parties, the Buyer issues a purchase order or contract to the Seller.   The Seller must apply for clearance from China's customs department.   This can be accomplished either by the Seller submitting the application for export directly to Chinese Customs, or the Seller using a shipping company, also known as a forwarder or broker, as an agent to submit the application. In either case, the documents including the Commercial Invoice and Packing List should reflect the actual value stated in the purchase order. Once the Export Application is approved by China Customs, the declared goods are released and the shipping company loads the sealed container onto the vessel and ships the goods to the destination port designated by the Buyer.

49.     When the vessel is in route to the destination, the same set of documents, including the Commercial Invoice and Packing List plus the Bill of Lading, will be passed along to the U.S. broker or Buyer for the importation declaration process. When the vessel arrives at the port the containers are unloaded and the U.S. Customs process begins. When the customs process is completed, the containers are released and the goods can be transported to the Buyer's warehouse.

50.     When business is conducted properly, the Commercial Invoice and Packing List submitted to U.S. Customs for import are identical to the documents submitted to Chinese Customs for export. These documents are required to provide truthful, complete and accurate data concerning the shipment including the weight, number of cartons, content and value. Once the Buyer receives and approves the goods, the Buyer pays the Seller against the Commercial Invoice. Customs duties are based upon the reported value of the imported goods.

51.     During the years 1998 through 2008, HTS customs duties on the type of products imported into the United States by BTI was 2.6% for cable assemblies and harnesses for computers

1 | and other industrial applications[13] and 5% for wire harnesses for the automotive industry.[14]  CBP also
2 | collected additional fees and charges for shipments by sea.[15]

3 |     52.    In 1998, BTI (as Buyer) purchased goods from its subsidiary manufacturing plant,
4 | BIZLINK INTERNATIONAL (SHENZHEN) Co Ltd (code 1110), a/k/a 傑聯國際電子（深圳）有限公司
5 | through its BizLink (BVI) Corp. which also operates as Zellwood International Corporation.  The
6 | Shenzhen factory falsified shipping documents as directed by the Defendants.  The documents sub-
7 | stantially undervalued the goods sold and in many instances misrepresented the nature of the goods so
8 | that an incorrect HTC code would be applied.  These documents falsified the value of goods for export
9 | clearance to the United States.  For more than a decade Defendants paid less than 10% of the duties
10 | actually owed.

11 |     53.    During the decade long scheme an accurate invoice of the purchase price of goods was
12 | prepared for each shipment while another falsified set of documents were prepared and provided to
13 | CBP by or at the direction of Kuo, Liang, BHI, BTI and possibly ACCELL.  The documents
14 | maintained for corporate tax and other purposes contained the actual contract terms for the purchases
15 | and showed the actual value of the products being exported.  The falsified documents were provided to
16 | Chinese and United States Customs.  These documents substantially undervalued the imported goods.

17 |     54.    In most cases the falsified amount reported to U.S. Customs was about 8.4% of the
18 | actual value of the products.[16]  In addition, beginning in about 2002, BTI imported an increasingly
19 | larger percentage of harness products for automotive customers.  These products required a higher rate
20 | of HTC duties however the documents provided to CBP disguised these cables and were declared at
21 | the lower rate.

22 |
23 |
---

[13] This percentage is based upon HTS classification 8544.42.9000.

[14] This percentage is based upon HTS classification is under 8544.30.0000.

[15] In addition to duties and possible excise taxes, goods imported into the United States are subject to user fees such as the Merchandise Processing Fee (MPF). The MPF for formal entries is an ad valorem fee of 0.21 percent. Harbor Maintenance Fees (HMF) for shipments by ship are also collected by CBP. HMF is .125 percent of the value of the commercial cargo shipped through identified ports.

[16] Because these products were being manufactured and sold to "related" entities, Customs may have determined that the actual values were higher than those agreed to by these sister companies.

55.     To fully understand the scheme, it is necessary to be aware that only one ship (utilized by BHI and BTI) traveled between Shenzhen, China and Oakland,[17] California, USA each week. Initially BHI and BTI shipped one container each week but increased to two containers per week in later years. In order to document the export of goods, BHI's Shenzhen factory would provide a detailed and dated invoice to the purchaser (BTI). This invoice listed each part number, a description of the specific connector, the quantity of each such item, the unit price and the value in United States dollars. Every shipment contained a broad mix of products with various per unit prices.

56.     The unit price of an item would vary substantially based upon the type of product, the amount of copper it contained, the connector and the manufacturing costs. For example, a "Harness, Main, Chassis, 09, Rev 02," part number 2410980, had a unit price (in June of 2008) of $136.92 per unit, while an "Adapter, RJ45-DB25M MODEM, RevB," part number 18000088,B, had a unit price of $1.18 per unit.

57.     The packing lists provided to the Purchaser also contained the carton number, part number, description, quantity, **net weight** and **gross weight.**

58.     The documents described above which reflect the actual value are referred to herein as the "actual shipping documents." These are contrasted with the documents provided to United States Customs, which contained far lower valuations. The documents provided to U.S. Customs used a simple formula to calculate the duties owed. The falsified documents showed the same shipping dates as the "actual shipping documents;" had the same number of cartons and had the same gross weight. On the false documents, however, Defendants calculated the value of the goods by multiplying the net weight of the products with a per unit price that was approximately 8.4% of the actual average unit price. The result was a declared customs value that was about 91.6% less than the actual duties owed.

59.     In June of 2008 Relator learned that Defendants and BTI had been falsifying shipping documents, understating valuations and providing misleading descriptions of the products to U.S.

---

[17]   Shipping was intended to be offloaded in Oakland, however if the ship was unable to obtain berthing at Oakland, California it would unload at Los Angeles and the containers transported by land to Fremont, California to BTI's warehouse.

1 | Customs for a decade. Relator acquired this information in his capacity as Director of Operations for
2 | BTI.

3 |     60.    Specifically, Jackson Shaw, Logistics and Warehouse manager for BTI told Relator that
4 | he (Shaw) had discovered that BTI was underreporting the value of imported goods. Shaw, who had
5 | just learned of the fraud, told Relator that he suspected this scheme had been going on for years.

6 |     61.    Both Relator and Shaw were immediately concerned about this illegal falsification of
7 | documents and underreporting to U.S. Customs. Relator directed Shaw to speak with the accounting
8 | department to determine whether they were aware of this misconduct.

9 |     62.    Jackson Shaw approached Pat Lin, Accounting Manager for BTI, and asked her whether
10 | BTI knew that there were two sets of invoices and that the value declared to United States Customs
11 | was much less than the actual value of the purchase orders.

12 |     63.    Lin told Shaw that Annie Kuo, President of BTI and BizLink Group, "knew it a long
13 | time ago, and the company understood it would be a big problem if it was discovered by US Customs."
14 | Although the discussion between Lin and Shaw took place in Lin's cubicle, Relator personally
15 | overheard the conversation.

16 |     64.    Kuo and her husband own more than 50% of Bizlink Group. Relator reported directly
17 | to Kuo for several years before he learned of the underreporting.

18 |     65.    Shortly thereafter, in early summer 2008 during a meeting in her office, Annie Kuo
19 | admitted her knowledge and involvement in the fraudulent scheme to Relator.

20 |     66.    Kuo told Relator that she was very concerned that the underreporting scheme would be
21 | discovered by U.S. Customs if BizLink and the other companies suddenly began reporting the
22 | dramatically higher actual values of imported goods.

23 |     67.    Relator observed that Kuo seemed very uncomfortable with the fact that Shaw and
24 | Relator had uncovered the underreporting scheme.

25 |     68.    In July, 2008, Jackson Shaw met with Yvonne Wang, Vice President of Finance for BTI
26 | and Deputy General Manager for BHI. During that meeting, Wang specifically questioned Shaw about
27 |
28 |

1 | his knowledge of the two sets of invoices and asked him who else he had told about them. Wang knew
2 | that Shaw had already spoken to Pat Lin about the false set of invoices.

3 |      69.     In response to Wang's questioning, Shaw admitted that he had discussed the scheme
4 | with Relator. Wang wanted to know how Relator had reacted to the information. Shaw told Wang that
5 | Relator suggested that he (Shaw) write to Jackson Lee, Senior Supply Chain Manager at the Zellwood
6 | International factory in Shenzhen, China to inquire about resolving the issue.

7 |      70.     When Shaw told Wang that he had already written the email to Lee, she requested a
8 | copy of the communication. Shaw printed out a hard copy of the email and gave it to Wang. Wang
9 | read the email in Shaw's presence and did not question or disagree with its content.

10 |      71.     The email that Shaw provided to Wang is attached hereto as Exhibit 3. It is dated June
11 | 30, 2008 and the Subject states: "Please revise shipping documents of SS102212 and SS102423 from
12 | SZX." Shaw wrote in the body of the email:

13 |      Dear Mr. Lee

14 |      Per attached shipping documents, I find SZ decelerated value (please
     refer 120080605001) to US custom are around 10% only of actual
15 |      shipping value (Please refer 0806049). When I research the case, I find
     the situation is lasting almost 10 years, I think we have a big risk for the
16 |      issue, so I present the issue to your notice.

17 |      Best Regards
     Jackson
18 |

19 |      72.     The email specifically described two sets of documents that Jackson Shaw had
20 | uncovered and shared with Relator. The "actual shipping documents" for the June 5, 2008 shipment
21 | are attached hereto as Exhibit 4. The falsified documents presented to U.S. Customs are attached
22 | hereto as Exhibit 5.

23 |      73.     A comparison of Exhibits 4 and 5 reveal the fraud. Both documents show a shipment of
24 | cables with connectors from China on June 5, 2008 with BizLink (BVI) Corp. as the Seller. Both sets
25 | of documents show that the shipment contained 490 cartons.[18]

26 | [18] In looking at Exhibit 4, the entire shipment is divided into two packing lists. The packing docu-
27 | ments are divided with one list of cartons going directly to BTI (120080604049) and the other going to
     Accell Corp. (120080604049-A) as the purchaser. The combined number of cartons is 490, the same
28 | number as provided to U.S. customs on the false documents (Exhibit 5.)

74.    Exhibit 4 contains the invoice and packing list with the actual value of the goods/ shipment that BTI/ACCELL purchased.  It contains all the information including the Purchase order numbers, part numbers, product descriptions, quantity, unit price, extended amounts and weight and carton numbers.  The actual shipping documents reveal that the real total value of this shipment was $275,382.91.  This consisted of $250,582.25 worth of goods for for BTI[19]; plus $24,800.66 worth of goods for Accell.[20]

75.    The total declared value on the false documents for the June 5, 2008 shipment of the same 490 cartons is $23,146.55.  (Exhibit 5)

76.    Defendants paid less than 8.4% of the actual value of the shipment.

77.    As a result of falsely underreporting the value of the one shipment dated June 5, 2008, Relator knows that BTI paid about $600 in duties instead of the approximately $7,160 which was actually owed.

78.    The undervaluation scheme remained the same throughout the years and resulted in the payment of U.S. Customs duties that were approximately 91.6% less than the amount actually owed to the government.

79.    Several days after discussing the underreporting scheme with Shaw, Wang called him back into her office.  Wang told Shaw that Annie Kuo had decided that, effective immediately, import declarations would use the higher actual values for upcoming shipments.

80.    Relator advises that although Kuo and Wang were very concerned that U.S. Customs would notice the sudden huge increase in import valuations, the transition to reporting real values did not result in the company "getting caught" by U.S. Customs.

81.    None of the Defendants reported the underpayments to United States Customs nor made arrangements to pay the past duties owed to the government.

82.    Relator has provided a spreadsheet reflecting the actual value of goods imported by BTI from BHI for the years 2005 through 2008.  He has also approximated the actual value of goods

---

[19]  This is the total on the invoice showing BTI (120080604049) as purchaser.

[20]  $250,582.25 + $24,800.66 =$275,382.91.

1  imported from 2002 through 2004.  In reviewing only these years, Relator calculates that more than

2  two million one hundred seventy five thousand dollars ($2,175,000) in duties were fraudulently evaded

3  by Defendants.

4        83.    Relator has included in the Disclosure Memorandum required under the False Claims

5  Act, weekly shipment documents from which the actual total loss to the United States may be readily

6  calculated.

7        84.    By reviewing the reported duties owed and paid by BTI for the months of April, May,

8  and June 2008, and comparing them with the duties paid by BTI in August, September, October and

9  November 2008, and understanding that the products shipped in all months were similar if not

10  identical, the dramatic increase in declared valuations will make the reverse false claims violations

11  evident.[21]

12                                          **FEDERAL FALSE CLAIMS ACT**

13        85.    The False Claims Act (hereinafter referred to as "FCA"), 31 USC § 3729, was

14  originally enacted in 1863, and was substantially amended in 1986 by the False Claims Amendments

15  Act, Pub.L. 99-562, 100 Stat. 3153.  The FCA was further amended in May 2009 by the Fraud

16  Enforcement and Recovery Act of 2009 ("FERA") and again in March 2010 by the Patient Protection

17  and Affordable Care Act ("PPACA").  Congress enacted the 1986 amendments to enhance and

18  modernize the Government's tools for recovering losses sustained by frauds against it after finding that

19  federal program fraud was pervasive.  The amendments were intended to create incentives for

20  individuals with knowledge of Government fraud to disclose the information without fear of reprisal or

21  Government inaction and to encourage the private bar to commit resources to prosecuting fraud on the

22  Government's behalf.  Both FERA and PPACA made a number of procedural and substantive changes

23  to the FCA in an attempt to ease the burden on the government and Relator in investigating and

24  prosecuting *qui tam* suits under the FCA.

25

26  ─────────────────

27  [21]  The transit time from Shenzhen, China to Oakland, California, U.S., is about 3 weeks.  Therefore
when reviewing the date on shipping documents from Shenzhen, the import customs clearance would
28  be processed about three weeks later when vessel arrived at the Oakland port.

1   86. The False Claims Act generally provides that any person who knowingly presents, or
2 causes to be presented, false or fraudulent claims for payment or approval to the United States
3 Government, or knowingly makes, uses, or causes to be made or used false records and statements
4 material to a false claim, or conspires to engage in such conduct, is liable for a civil penalty ranging
5 from $5,500 up to $11,000 for each such claim, plus three times the amount of the damages sustained
6 by the Federal Government.

7   87. The FCA defines the term "knowingly" to include actual knowledge, actions in
8 deliberate ignorance of the truth or falsity of the information or acts in reckless disregard of the truth or
9 falsity of the information. No proof of specific intent to defraud is required. 31 U.S.C. §3729
10 (b)(1)(A) and (B).

11   88. The Act allows any person having information about false or fraudulent claims to bring
12 an action for himself and the Government, and to share in any recovery. Based on these provisions,
13 Relator seeks, through this action, to recover all available damages, civil penalties, and other relief for
14 the federal violations alleged herein.

15         **BASIS FOR FALSE CLAIMS**

16   89. As set forth above, for more than a decade BTI and its parent company BHI,
17 occasionally using ACCELL as the "buyer," imported millions of dollars of goods into the United
18 States while intentionally and dramatically underreporting the actual value of these goods to U.S.
19 Customs.

20   90. The imported goods were undervalued by approximately 91.6% on every shipment.

21   91. In 2008, Relator and another senior employee of BTI in the United States learned about
22 the fraudulent paperwork and underreporting scheme. They brought this to the attention of Annie Kuo,
23 President of BTI and an owner of the company. Kuo admitted the fraudulent scheme to Relator.

24   92. After being confronted by these employees, Kuo directed that all future shipments
25 declare the actual value of the imports to U.S. Customs.

26

27

28

93.     Neither Annie Kuo, BTI, BHI, ACCELL or any other BizLink Group company has ever reported the falsification of documents and undervaluation of imported goods to United States Customs.

94.     Liang, as Chief Executive Officer and owner of BHI and BTI knew or should have known of, condoned, and joined in the fraudulent conduct.

## CAUSE OF ACTION
### False Claims Act—False Records and Statements
### 31 U.S.C. §3729(a)(1)(B)(2010)

95.     Relator repeats and realleges each allegation contained in paragraphs 1 through 93 above as if fully set forth herein.

96.     This is a claim for treble damages and penalties under the False Claims Act, 31 U.S.C. § 3729, *et seq*., as amended.

97.     Defendants and each of them, by and through their officers, agents, employees, related companies and subsidiaries, by virtue of the acts described above, and for the purpose of defrauding the United States Government, knowingly made, used and/or caused to be made or used, false or fraudulent records or statements to reduce the amount of customs duties owed and actually paid to the government, within the meaning and in violation of 31 U.S.C. § 3729(a)(1)(B)(2010).

98.     Defendants by and through their officers, agents, and employees, authorized and encouraged the actions of its various officers, agents, contractors and employees to take the actions set forth above and/or acted in deliberate ignorance of the truth or falsity of the information and/or in reckless disregard of the truth or falsity of the information.

99.     By reason of Defendants' acts and omissions the United States has been damaged, and continues to be damaged, in a substantial amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Relator respectfully requests this Court enter judgment against Defendants, and each of them, as follows:

(a)   That the United States be awarded damages in the amount of three times the damages sustained by the U.S. because of the false claims alleged within this Complaint, as the Federal Civil False Claims Act, 31 U.S.C. § 3729 *et seq.* provides;

(b)   That civil penalties of $11,000 be imposed for each and every false claim (including records and statements) that Defendant(s) fabricated or caused to be presented to the Government through its Bureau of Customs and Border Protection under the Federal False Claims Act;

(c)   That pre- and post-judgment interest be awarded, along with reasonable attorneys' fees, costs, and expenses which Relator necessarily incurred in bringing and pressing this case;

(d)   That Relator be awarded the maximum amount allowed pursuant to the Federal False Claims Act; and

(e)   That the Court award such other and further relief as it deems proper.

**CONCLUSION**

Trade with foreign markets and the economic impact and disparities of that trade are properly regulated by the imposition of duties on imported goods. Major foreign manufacturers and importers, such as these Defendants, are required to pay these well considered Harmonized Tariff Schedule duties. Defendants' intentional and fraudulent "reverse false claims act" violations should subject them to the penalties and sanctions mandated by law.

Dated: August 7, 2012                         BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

Bijan Esfandiari

***Attorneys for Relator***
ZHONGHUI TU

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of Federal Rules of Civil Procedure, Plaintiff and Relator hereby demand a trial by jury.

Dated: August 7, 2012

BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

Bijan Esfandiari

*Attorneys for Relator*
ZHONGHUI TU

19                    COMPLAINT AND DEMAND FOR JURY TRIAL

# Exhibit 1

# Bizlink Holding Inc   3665:TAI

| | | | | | |
|---|---|---|---|---|---|
| Add to portfolio | Set alert | Interactive chart | Historical prices | | Data definitions |

| | | | | |
|---|---|---|---|---|
| **27.15**<br>Close in TWD | **0.35 / 1.27%**<br>Today's change | **10**<br>Shares traded | **17.58%**<br>1 year change | **--**<br>Beta |

As of Jul 31 2012 17:00 BST. Data delayed by at least 20 minutes.

Summary   News & comment   Business profile   **Directors & dealings**   Financials   Forecasts

## Directors & officers

| Name | Title | Compensation | Age | Officer since |
|---|---|---|---|---|
| Huazhe Liang | Chairman of the Board | -- | -- | 2000 |

Liang Huazhe has been Chairman of the Board in BIZLINK HOLDING INC. since June 1, 2000. Liang also serves as Director in 13 companies, including BIZLINK TECHNOLOGY INC., OPTIWORKS, INC., BIZLINK TECHNOLOGY (IRELAND) LTD., ORIENTAL ROSE CORPORATION, ORIENTAL ROSE CORPORATION, BIZLINK TECH, INC., ACCELL CORPORATION, BIZCONN TECHNOLOGY INC. and OPTIWORK HOLDING INC. and Executive Director in two other companies. Liang received a Master of Science in Electrical Engineering from Pennsylvania State University, the United States.

| | | | | |
|---|---|---|---|---|
| Xiuling Chen | Chief Financial Officer-Group | -- | -- | 2012 |

No Bio available

| | | | | |
|---|---|---|---|---|
| Jianhua Deng | General Manager-Group, Director | -- | -- | 2000 |

Deng Jianhua has been General Manager-Group and Director of BIZLINK HOLDING INC. since June 1, 2000. Deng also serves as Director in four other companies, including BIZCONN TECHNOLOGY INC. and General Manager of three other companies. Deng received a Master of Business Administration from San Francisco State University, the United States.

| | | | | |
|---|---|---|---|---|
| Yinru Guo | General Manager-Occident Region, Director | -- | -- | 2000 |

Guo Yinru has been General Manager-Occident Region and Director of BIZLINK HOLDING INC. since June 1, 2000. Guo also serves as Director in 12 companies, Director as well as General Manager of BIZLINK TECHNOLOGY INC., Chairman of the Board in another company, Executive Director in seven companies and General Manager as well as Executive Director in a Shenzhen-based company. Guo received a Master of Science in Actuarial Science from Georgia State University, the United States.

| | | | | |
|---|---|---|---|---|
| Yaozhen Cai | General Manager-Asia Pacific Region | -- | -- | 2009 |

Cai Yaozhen has been General Manager-Asia Pacific Region of BIZLINK HOLDING INC. since March 16, 2009. Cai also serves as General Manager of another company.

| | | | | |
|---|---|---|---|---|
| Zhiyong Liang | General Manager-Mexico | -- | -- | 2002 |

Liang Zhiyong has been General Manager-Mexico in BIZLINK HOLDING INC. since July 1, 2002. Liang received a Master of Business Administration from University of Dallas, the United States.

| | | | | |
|---|---|---|---|---|
| Yufang Wang | Deputy General Manager-Finance, Director | -- | -- | 2000 |

Wang Yufang has been Deputy General Manager-Finance and Director of BIZLINK HOLDING INC. since June 1, 2000. Wang also serves as Director in five companies and General Manager in a Shenzhen-based company. Wang received a Master of Science in Accountancy from California State University, Sacramento.

| | | | | |
|---|---|---|---|---|
| Chunbin Liang | Deputy General Manager-Finance | -- | -- | 1998 |

Liang Chunbin has been Deputy General Manager-Finance in BIZLINK HOLDING INC. since August 3, 1998. Liang also serves as Director of Mega Access Holdings Limited. Liang received a Master's degree in Environmental Engineering from New York Institute of Technology, the United States.

| | | | | |
|---|---|---|---|---|
| Jiazheng Lin | Deputy General Manager-Group Audit | -- | -- | 2010 |

No Bio available

| | | | | |
|---|---|---|---|---|
| Suzhen Lin | Deputy General Manager-Finance in Shenzhen Region | -- | -- | 1997 |

No Bio available

| | | | | |
|---|---|---|---|---|
| Anders Peterson | Deputy General Manager-Occident Region | -- | -- | 2002 |

Anders Peterson has been Deputy General Manager-Occident Region of BIZLINK HOLDING INC. since October 1, 2002. Peterson received a Bachelor of Science from Vaxjo University, Sweden.

| | | | | |
|---|---|---|---|---|
| Chuanhong Qiu | Deputy General Manager-Business in Greater China Region | – | – | 2007 |

Qiu Chuanhong has been Deputy General Manager-Business in Greater China Region of BIZLINK HOLDING INC. since March 8, 2007. Qiu received a Master of Business Administration from New York University, the United States.

| | | | | |
|---|---|---|---|---|
| Mingcun Chen | Independent Director | – | – | 2009 |

Chen Mingcun has been Independent Director of BIZLINK HOLDING INC. since November 12, 2009. Chen also serves as Director in two companies, Chairman of the Board in two companies and Independent Director in another company. Chen received a Master's degree from National Chiao Tung University, Taiwan.

| | | | | |
|---|---|---|---|---|
| Jingxian Tang | Independent Director | – | – | 2009 |

Tang Jingxian has been Independent Director of BIZLINK HOLDING INC. since November 12, 2009. Tang also serves as Chairman of the Board as well as General Manager of a technology company.

| | | | | |
|---|---|---|---|---|
| Junyan Zhang | Independent Director | – | – | 2010 |

Zhang Junyan has been Independent Director of BIZLINK HOLDING INC. since October 29, 2010. Zhang also serves as Independent Director in two other companies. Zhang received a Bachelor's degree from National Cheng Kung University, Taiwan and a Ph.D. in Electronics Engineering from National Chiao Tung University, Taiwan.

Officers and Directors data as of Jul 29 2012

EXHIBIT

# Exhibit 2



Legal Tabs Co. 1-800-322-3022

Recycled  Stock # R-EX-5-B

**EXHIBIT 3**

# Exhibit 3

**David Tu**

**From:** Jackson_Shaw [jackson_shaw@bizlinktech.com]
**Sent:** Monday, June 30, 2008 6:50 PM
**To:** 'Jackson Lee'
**Cc:** David Tu
**Subject:** FW: Please revise shipping documents of SSI02212 and SSI02423 from SZX

Dear Mr. Lee

Per attached shipping documents, I find SZ decelerated value (please refer I20080605001) to US custom are around 10% only of actual shipping value ( Please refer 0806049). When I research the case, I find the situation is lasting almost 10 years, I think we have a big risk for the issue, so I present the issue to your notice.

Best Regards

Jackson

-----Original Message-----
**From:** Jackson_Shaw [mailto:jackson_shaw@bizlinktech.com]
**Sent:** Monday, June 30, 2008 5:04 PM
**To:** Dennis Deng - SZ (dennis_deng@sz.bizlinktech.com); Limei_Cao (limei_cao@sz.bizlinktech.com); Mandy Li (mandy_li@bizlinktech.com)
**Cc:** David Tu (david_tu@bizlinktech.com); 'Jackson Lee' (jackson_lee@bizlinktech.com); Edward_Chen (edward_chen@bizlinktech.com)
**Subject:** Please revise shipping documents of SSI02212 and SSI02423 from SZX

Hi, Dennis
For avoid custom clearance problems, per request of Scanwell's broker, please sort and revise attached shipping doc of the FCL shipment SSI02212 as 2 lines; one for "cable with connector", and another one for "wire harness for vehicles". The documents of SSI02423 and the shipping doc for shipments then after, need following the way too.
Please forward the revised shipping documents to me ASAP, for broker want to close case of SSI02212, and custom clearance for SSI02423.

Hi, Mandy
No idea for if have same issue for the declaration of original shipping documents, please refer the attachment. For same reason,
please sort cargoes as 2 lines for shipments in future from SHA

Please no hesitant to contact me if any question

Thank you

Jackson

7/1/2008

Legal Tabs Co. 1-800-322-3022

Recycled  Stock # EX-5-B

EXHIBIT 4

# Exhibit 4

# INVOICE

**BizLink**

BVI
Corporation

6F-1, NO 2, JIAN BA RD,.
CHUNGHO CITY TAIPEI HSIEN, TAIW

Invoice No:  I200806049
Date:  Jun 05,2008
INVOICE of Cable with connectors
Sold to  BIZLINK TECHNOLOGY INC,
44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA.
Ship to  DITTO
Shipped by  BIZLINK BVI CORP.
From  SHENZHEN  to  USA  via  SEA

| P/O No. | Part No. | Description | Q'ty | Unit Price CIF | Amount USD |
|---------|----------|-------------|------|----------------|------------|
| 1008723 | 2410550 | Harness,ASM-IND,Light,Rev01 | 150 | 10.2176 | 1,532.64 |
| 1006424 | 2410655 | Harness,Main Chassis,Comb,Rev01 | 1 | 116.8100 | 116.81 |
| 1006424 | 2410655 | Harness,Main Chassis,Comb,Rev01 | 1 | 116.8100 | 116.81 |
| 1006424 | 2410655 | Harness,Main Chassis,Comb,Rev01 | 1 | 116.8100 | 116.81 |
| 1008724 | 2410666 | Harness,Trunk Lid,Rev03 | 150 | 4.7689 | 715.34 |
| 1008724 | 2410666 | Harness,Trunk Lid,Rev03 | 40 | 4.7689 | 190.76 |
| 1008729 | 2410944 | Harness,Main,Twin X2 Rev06 | 260 | 77.3530 | 20,111.78 |
| 1008342 | 2410950 | Harness,Main Chassia,Rev 03 | 160 | 63.1184 | 10,098.94 |
| 1008256 | 2410955 | Harness-Rear,VK Rev 02 | 150 | 4.8204 | 723.06 |
| 1008513 | 2410975 | Harness,Main,spmn,500 EFI REV 04 | 640 | 71.6056 | 45,827.58 |
| 1008760 | 2410980 | Harness,Main ,Chassis,09,Rev 02 | 65 | 136.9200 | 8,899.80 |
| 1008761 | 2411018 | Harness,Main,Rev03 | 10 | 39.5200 | 395.20 |
| 1008763 | 2411078 | Harness,Tunk,Base,Rev03 | 210 | 8.8800 | 1,864.80 |
| 1008721 | 2411084 | Harness,Rear,Lighting,Rev01 | 200 | 19.6524 | 3,930.48 |
| 1008623 | 2411122 | Harness,Main,REV 02 | 300 | 40.4800 | 12,144.00 |
| 1008626 | 2411125 | WIRE HARNESS REV 1 | 60 | 22.9800 | 1,378.80 |
| 1008626 | 2411125 | WIRE HARNESS REV 1 | 5 | 22.9800 | 114.90 |
| 1008765 | 2411126 | Harness,Main,Single,x2,Rev03 | 195 | 75.6300 | 14,747.85 |
| 1008787 | 2411127 | Harness,Main,Twin,X2,Rev04 | 390 | 72.5900 | 28,310.10 |
| 1008770 | 18000088,B | ADAPTER,RJ45-DB25M MODEMS,RevB | 400 | 1.1800 | 472.00 |
| 1008770 | 18000088,B | ADAPTER,RJ45-DB25M MODEMS,RevB | 350 | 1.1800 | 413.00 |
| 1008785 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 2970 | 2.8000 | 8,316.00 |
| 1008785 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 30 | 2.8000 | 84.00 |
| 1008740 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 3960 | 2.8000 | 11,088.00 |
| 1008740 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 40 | 2.8000 | 112.00 |
| 1008806 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 5940 | 2.8000 | 16,632.00 |
| 1008806 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 60 | 2.8000 | 168.00 |
| 1008686 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 6390 | 2.8000 | 17,892.00 |
| 1008686 | 338285-008 | CA,DMS59-dualVGA,modfied RevA | 60 | 2.8000 | 168.00 |
| 1008806 | 338285-009 | CA,DMS59-DVI,modfied RevA | 990 | 3.5100 | 3,474.90 |
| 1008740 | 338285-009 | CA,DMS59-DVI,modfied RevA | 990 | 3.5100 | 3,474.90 |
| 1008740 | 338285-009 | CA,DMS59-DVI,modfied RevA | 10 | 3.5100 | 35.10 |
| 1008872 | 338285-009 | CA,DMS59-DVI,modfied RevA | 3060 | 3.5100 | 10,740.60 |
| 1008889 | 35-00000304 | ASSY,SDG35-00000304,BRev.A2 | 200 | 1.7500 | 350.00 |
| 1008770 | 60000564,C | INLET ASSY,IEC320 C/CON2,RevC | 200 | 2.5500 | 510.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1008163 | 6002XCO148 | arness wire,Bosch,Rev3 | 1200 | 0.32218 | 386.62 |
| 1008816 | 63000077-01,D | ADAPTER,DIGI CM CONSOLE.RevD | 800 | 1.5800 | 1,264.00 |
| 1008816 | 63000077-01,D | ADAPTER,DIGI CM CONSOLE.RevD | 200 | 1.5800 | 316.00 |
| 1008770 | 63000276-01,B | CBL,HUBPORT/XC CAPTIVE 1M,RevB | 810 | 0.8800 | 712.80 |
| 1008770 | 63000276-01,B | CBL,HUBPORT/XC CAPTIVE 1M,RevB | 250 | 0.8800 | 220.00 |
| 1008466 | B9007-442-04 | Cable,50 Pair Round,REV B | 52 | 19.1700 | 996.84 |
| 1008466 | B9007-442-04 | Cable,50 Pair Round,REV B | 8 | 19.1700 | 153.36 |
| 1008652 | BB725-001 | NSI,CA,GEM 2271060,REV.0 | 1 | 109.3700 | 109.37 |
| 1008834 | BC282-005 | NSI,CA,GEM 2346122-5,REV.1 | 40 | 6.2500 | 250.00 |
| 1008834 | BC564-KIT | NSI,CA KIT,GEM5115098,REV.1 | 40 | 384.6000 | 15,384.00 |
| 1008834 | BC564-KIT | NSI,CA KIT,GEM5115098,REV.1 | 3 | 384.6000 | 1,153.80 |
| 1008652 | BC680-KIT | NSI,KIT,GEM5151984-KIT,REV.2 | 6 | 436.8500 | 2,621.10 |
| 1008652 | BC680-KIT | NSI,KIT,GEM5151984-KIT,REV.2 | 4 | 436.8500 | 1,747.40 |

**Total**     **32,052  PCS**     **US$250,582.25**

shipping marks     BLC(in Dia)
        SFO
    C/NO.1-367,474-486.
        Made In China



## BIZLINK (BVI) CORP.

# Limei

NO:CBS-QP-0704-04B

# INVOICE

# BizLink

BVI
Corporation

6F-1, NO 2, JIAN BA RD,
CHUNGHO CITY TAIPEI HSIEN, TAI

| | |
|---|---|
| Invoice No: | I200806049-A |
| Date: | Jun 05,2008 |
| INVOICE of | Cable with connectors |
| Sold to | ACCELL CORPORATION |
| | 44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA. |
| Ship to | BIZLINK TECHNOLOGY INC, |
| | 44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA. |
| Shipped by | BIZLINK BVI CORP. |
| From | SHENZHEN          to      USA      via      SEA |

| P/O No. | Part No. | Description | Q'ty | Unit Price CIF | Amount USD |
|---|---|---|---|---|---|
| AC00373 | B035C-024B | SUBWOOFER AUDIO CABLE | 12 | 7.7800 | 93.36 |
| AC00356 | B084C-033B-43 | URun HDMI-A v1.3 Rter,33ft/10m | 1 | 38.1500 | 38.15 |
| AC00356 | B084C-065B-43 | URun HDMI-A v1.3 Rter,65ft/20m | 4 | 46.9500 | 187.80 |
| AC00366 | B068C-082B-43 | Urun HDMI w/rter CL3, 82ft | 2 | 61.0000 | 122.00 |
| AC00354 | B068C-065B-43 | Urun HDMI w/rter CL3,65.6ft | 2 | 55.1100 | 110.22 |
| AC00356 | B084C-082B-43 | URun HDMI-A v1.3 Rter,82ft/25m | 3 | 51.3500 | 154.05 |
| AC00366 | B068C-082B-43 | Urun HDMI w/rter CL3, 82ft | 20 | 61.0000 | 1,220.00 |
| AC00348 | B068C-100B-43 | Urun HDMI w/rter CL3,98.4ft | 1 | 69.5000 | 69.50 |
| AC00344 | B068C-115B-43 | Urun HDMI w/rter CL3,114.8ft | 1 | 64.8900 | 64.89 |
| AC00356 | B084C-033B-43 | URun HDMI-A v1.3 Rter,33ft/10m | 55 | 38.1500 | 2,098.25 |
| AC00356 | B084C-050B-43 | URun HDMI-A v1.3 Rter,50ft/15m | 230 | 42.6200 | 9,802.60 |
| AC00356 | B084C-065B-43 | URun HDMI-A v1.3 Rter,65ft/20m | 200 | 46.9500 | 9,390.00 |
| AC00355 | K072C-005B | UltraAV HDMI-A v1.3 4x1 Switch | 36 | 34.5200 | 1,242.72 |
| AC00355 | K072C-005B | UltraAV HDMI-A v1.3 4x1 Switch | 6 | 34.5200 | 207.12 |

**Total**      573  **PCS**      **US$24,800.66**

shipping marks     BLC(in Dia)

SFO

C/NO.          368-473 487-490

Made In China

報
關
文
件

**BIZLINK (BVI) CORP.**

# Limei

NO:CBS-QP-0704-04B

# PACKING LIST

# BizLink

**BVI Corporation**

6F-1, NO 2, JIAN BA RD,.
CHUNGHO CITY TAIPEI HSIEN, TAIWA

List No: I200806049
Date: Jun 05,2008
Packing List of   Cable with connectors
Sold to   BIZLINK TECHNOLOGY INC,
44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA.
Shipped to   DITTO
Shipped by   BizLink (BVI) Corp.
From   SHENZHEN        TO        USA        Via        SEA

| Carton No | | | P/O | P/N | Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|---|---|
| 1 | - | 3 | 3 | 1008723 | 2410550 | Harness,ASM-IND,Light,Rev01  @ | 50 | 3.50 | 4.50 |
| | | | | | | | 150 | 10.50 | 13.50 |
| 4 | - | 4 | 1 | 1006424 | 2410655 | Harness,Main Chassis,Comb,Rev0 @ | 1 | 1.40 | 3.10 |
| | | | | | | | 1 | 1.40 | 3.10 |
| 5 | - | 5 | 1 | 1006424 | 2410655 | Harness,Main Chassis,Comb,Rev0 @ | 1 | 1.40 | 3.10 |
| | | | | | | | 1 | 1.40 | 3.10 |
| 6 | - | 6 | 1 | 1006424 | 2410655 | Harness,Main Chassis,Comb,Rev0 @ | 1 | 1.40 | 3.10 |
| | | | | | | | 1 | 1.40 | 3.10 |
| 7 | - | 9 | 3 | 1008724 | 2410666 | Harness,Trunk Lid,Rev03  @ | 50 | 4.30 | 5.30 |
| | | | | | | | 150 | 12.90 | 15.90 |
| 10 | - | 10 | 1 | 1008724 | 2410666 | Harness,Trunk Lid,Rev03  @ | 40 | 3.40 | 4.40 |
| | | | | | | | 40 | 3.40 | 4.40 |
| 11 | - | 14 | 4 | 1008729 | 2410944 | Harness,Main,Twin X2 Rev06  @ | 65 | 127.60 | 139.40 |
| | | | | | | | 260 | 510.40 | 557.60 |
| 15 | - | 16 | 2 | 1008342 | 2410950 | Harness,Main Chassia,Rev 03  @ | 80 | 136.00 | 148.00 |
| | | | | | | | 160 | 272.00 | 296.00 |
| 17 | - | 19 | 3 | 1008256 | 2410955 | Harness-Rear,VK Rev 02  @ | 50 | 4.90 | 5.90 |
| | | | | | | | 150 | 14.70 | 17.70 |
| 20 | - | 27 | 8 | 1008513 | 2410975 | Harness,Main,spmn,500 EFI REV ( @ | 80 | 156.20 | 168.70 |
| | | | | | | | 640 | 1249.60 | 1349.60 |
| 28 | - | 40 | 13 | 1008760 | 2410980 | Harness,Main ,Chassis,09,Rev 02  @ | 5 | 14.60 | 16.60 |
| | | | | | | | 65 | 189.80 | 215.80 |
| 41 | - | 41 | 1 | 1008761 | 2411018 | Harness,Main,Rev03  @ | 10 | 8.80 | 10.80 |
| | | | | | | | 10 | 8.80 | 10.80 |
| 42 | - | 48 | 7 | 1008763 | 2411078 | Harness,Tunk,Base,Rev03  @ | 30 | 6.50 | 7.50 |
| | | | | | | | 210 | 45.50 | 52.50 |
| 49 | - | 58 | 10 | 1008721 | 2411084 | Harness,Rear,Lighting,Rev01  @ | 20 | 8.70 | 9.70 |
| | | | | | | | 200 | 87.00 | 97.00 |
| 59 | - | 61 | 3 | 1008623 | 2411122 | Harness,Main,REV 02  @ | 100 | 123.80 | 134.80 |
| | | | | | | | 300 | 371.40 | 404.40 |
| 62 | - | 64 | 3 | 1008626 | 2411125 | WIRE HARNESS REV 1  @ | 20 | 14.50 | 16.50 |
| | | | | | | | 60 | 43.50 | 49.50 |
| 65 | - | 65 | 1 | 1008628 | 2411125 | WIRE HARNESS REV 1  @ | 5 | 3.80 | 5.80 |
| | | | | | | | 5 | 3.80 | 5.80 |
| 66 | - | 68 | 3 | 1008765 | 2411126 | Harness,Main,Single,x2,Rev03  @ | 65 | 125.10 | 136.10 |
| | | | | | | | 195 | 375.30 | 408.30 |
| 69 | - | 74 | 6 | 1008787 | 2411127 | Harness,Main,Twin,X2,Rev04  @ | 65 | 125.73 | 136.73 |
| | | | | | | | 390 | 754.38 | 820.38 |
| 75 | - | 75 | 1 | 1008770 | 18000088,B | ADAPTER,RJ45-DB25M MODEMS @ | 400 | 9.60 | 10.60 |
| | | | | | | | 400 | 9.60 | 10.60 |
| 76 | - | 76 | 1 | 1008770 | 18000088,B | ADAPTER,RJ45-DB25M MODEMS @ | 350 | 8.40 | 9.40 |
| | | | | | | | 350 | 8.40 | 9.40 |
| 77 | - | 109 | 33 | 1008785 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 90 | 11.20 | 12.20 |
| | | | | | | | 2970 | 369.60 | 402.60 |

| Carton No | | | P/O | P/N | Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|---|---|
| 110 | - | 110 | 1 | 1008785 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 30 | 3.70 | 4.70 |
| | | | | | | | 30 | 3.70 | 4.70 |
| 111 | - | 154 | 44 | 1008740 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 90 | 11.20 | 12.20 |
| | | | | | | | 3980 | 492.80 | 536.80 |
| 155 | - | 155 | 1 | 1008740 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 40 | 5.00 | 6.00 |
| | | | | | | | 40 | 5.00 | 6.00 |
| 156 | - | 221 | 66 | 1008806 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 90 | 11.20 | 12.20 |
| | | | | | | | 5940 | 739.20 | 805.20 |
| 222 | - | 222 | 1 | 1008806 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 60 | 7.50 | 8.50 |
| | | | | | | | 60 | 7.50 | 8.50 |
| 223 | - | 293 | 71 | 1008686 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 90 | 11.20 | 12.20 |
| | | | | | | | 6390 | 795.20 | 866.20 |
| 294 | - | 294 | 1 | 1008686 | 338285-008 | CA,DMS59-dualVGA,modfied RevA @ | 60 | 7.50 | 8.50 |
| | | | | | | | 60 | 7.50 | 8.50 |
| 295 | - | 305 | 11 | 1008806 | 338285-009 | CA,DMS59-DVI,modfied RevA @ | 90 | 11.50 | 12.50 |
| | | | | | | | 990 | 126.50 | 137.50 |
| 306 | - | 316 | 11 | 1008740 | 338285-009 | CA,DMS59-DVI,modfied RevA @ | 90 | 11.50 | 12.50 |
| | | | | | | | 990 | 126.50 | 137.50 |
| 317 | - | 317 | 1 | 1008740 | 338285-009 | CA,DMS59-DVI,modfied RevA @ | 10 | 1.30 | 2.30 |
| | | | | | | | 10 | 1.30 | 2.30 |
| 318 | - | 351 | 34 | 1008872 | 338285-009 | CA,DMS59-DVI,modfied RevA @ | 90 | 11.50 | 12.50 |
| | | | | | | | 3060 | 391.00 | 425.00 |
| 352 | - | 353 | 2 | 1008889 | 35-00000304 | ASSY,SDG35-00000304,BRev.A2 @ | 100 | 13.00 | 14.00 |
| | | | | | | | 200 | 26.00 | 28.00 |
| 354 | - | 354 | 1 | 1008770 | 60000564,C | INLET ASSY,IEC320 C/CON2,Rev @ | 200 | 9.00 | 10.00 |
| | | | | | | | 200 | 9.00 | 10.00 |
| 355 | - | 360 | 6 | 1008163 | 6002XCO148 | Harness wire,Bosch,Rev3 @ | 200 | 11.80 | 12.80 |
| | | | | | | | 1200 | 70.80 | 76.80 |
| 361 | - | 362 | 2 | 1008816 | 63000077-01,D | ADAPTER,DIGI CM CONSOLE.Rev @ | 400 | 9.50 | 10.50 |
| | | | | | | | 800 | 19.00 | 21.00 |
| 363 | - | 363 | 1 | 1008816 | 63000077-01,D | ADAPTER,DIGI CM CONSOLE.Rev @ | 200 | 4.80 | 5.80 |
| | | | | | | | 200 | 4.80 | 5.80 |
| 364 | - | 366 | 3 | 1008770 | 63000276-01,B | CBL,HUBPORT/XC CAPTIVE 1M,F @ | 270 | 13.30 | 14.30 |
| | | | | | | | 810 | 39.90 | 42.90 |
| 367 | - | 367 | 1 | 1008770 | 63000276-01,B | CBL,HUBPORT/XC CAPTIVE 1M,F @ | 250 | 12.30 | 13.30 |
| | | | | | | | 250 | 12.30 | 13.30 |
| 474 | - | 475 | 2 | 1008466 | B9007-442-04 | Cable,50 Pair Round,REV B @ | 26 | 11.30 | 12.30 |
| | | | | | | | 52 | 22.60 | 24.60 |
| 476 | - | 476 | 1 | 1008466 | B9007-442-04 | Cable,50 Pair Round,REV B @ | 8 | 3.50 | 4.50 |
| | | | | | | | 8 | 3.50 | 4.50 |
| 477 | - | 477 | 1 | 1008652 | BB725-001 | NSI,CA,GEM 2271060,REV.0 @ | 1 | 5.00 | 6.00 |
| | | | | | | | 1 | 5.00 | 6.00 |
| 478 | - | 478 | 1 | 1008834 | BC282-005 | NSI,CA,GEM 2346122-5,REV.1 @ | 40 | 4.10 | 5.10 |
| | | | | | | | 40 | 4.10 | 5.10 |
| 479 | - | 483 | 5 | 1008834 | BC564-KIT | NSI,CA KIT,GEM5115098,REV.1 @ | 8 | 15.20 | 16.20 |
| | | | | | | | 40 | 76.00 | 81.00 |
| 484 | - | 484 | 1 | 1008834 | BC564-KIT | NSI,CA KIT,GEM5115098,REV.1 @ | 3 | 5.80 | 6.80 |
| | | | | | | | 3 | 5.80 | 6.80 |
| 485 | - | 485 | 1 | 1008652 | BC680-KIT | NSI,KIT,GEM5151984-KIT,REV.2 @ | 6 | 15.50 | 16.50 |
| | | | | | | | 6 | 15.50 | 16.50 |
| 486 | - | 486 | 1 | 1008652 | BC680-KIT | NSI,KIT,GEM5151984-KIT,REV.2 @ | 4 | 10.00 | 11.00 |
| | | | | | | | 4 | 10.00 | 11.00 |
| | | 380 | | | | | 32,052.00 | 7,365.28 | 8,042.58 |

MARKS & NO:   ◁ BLC ▷

| Carton No | P/O | P/N | Description | Quantity | Net Weight | Gross Weight |
|-----------|-----|-----|-------------|----------|------------|--------------|
| | SFO | | | | | |

C/NO.1-367,474-486.
Made In China

**BIZLINK (BVI) CORP.**
# Limei

REMARK: We hereby certify that all parts/materials contained in this shipment meet all requirements
of your drawings, specifications, and purchase order listed above, The inspection reports , test data,
and raw material certificates  indicating compliance are on file examination upon  request .

**NO:CBS-QP-0704-03B**

# PACKING LIST

**BizLink**  BVI  Corporation

6F-1, NO 2, JIAN BA RD,.
CHUNGHO CITY TAIPEI HSIEN, TAIWA

| | | |
|---|---|---|
| st | No: | I200806049-A |
| ate: | Jun 05,2008 | |

| | |
|---|---|
| acking List of | Cable with connectors |
| old to | ACCELL CORPORATION |
| | 44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA. |
| hipped to | BIZLINK TECHNOLOGY INC, |
| | 44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA. |
| hipped by | BizLink (BVI) Corp. |
| rom | SHENZHEN   TO   USA   Via   SEA |

| Carton No | | | P/O | P/N | Description | | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|---|---|---|
| 368 - 368 | 1 | | AC00373 | B035C-024B | SUBWOOFER AUDIO CABLE | @ | 12 | 8.30 | 9.30 |
| | | | | | | | 12 | 8.30 | 9.30 |
| 369 - 369 | 1 | | AC00356 | B084C-033B-43 | URun HDMI-A v1.3 Rter,33ft/10m | @ | 1 | 6.90 | 8.40 |
| | | | | | | | 1 | 6.90 | 8.40 |
| | | | AC00356 | B084C-065B-43 | URun HDMI-A v1.3 Rter,65ft/20m | @ | 4 | 0.00 | 0.00 |
| | | | | | | | 4 | 0.00 | 0.00 |
| 370 - 370 | 1 | | AC00366 | B068C-082B-43 | Urun HDMI w/rter CL3, 82ft | @ | 2 | 5.80 | 6.80 |
| | | | | | | | 2 | 5.80 | 6.80 |
| | | | AC00354 | B068C-065B-43 | Urun HDMI w/rter CL3,65.6ft | @ | 2 | 0.00 | 0.00 |
| | | | | | | | 2 | 0.00 | 0.00 |
| 371 - 371 | 1 | | AC00356 | B084C-082B-43 | URun HDMI-A v1.3 Rter,82ft/25m | @ | 3 | 5.90 | 6.90 |
| | | | | | | | 3 | 5.90 | 6.90 |
| 372 - 375 | 4 | | AC00366 | B068C-082B-43 | Urun HDMI w/rter CL3, 82ft | @ | 5 | 8.90 | 10.40 |
| | | | | | | | 20 | 35.60 | 41.60 |
| 376 - 376 | 1 | | AC00348 | B068C-100B-43 | Urun HDMI w/rer CL3,98.4ft | @ | 1 | 5.80 | 6.80 |
| | | | | | | | 1 | 5.80 | 6.80 |
| | | | AC00344 | B068C-115B-43 | Urun HDMI w/rter CL3,114.8ft | @ | 1 | 0.00 | 0.00 |
| | | | | | | | 1 | 0.00 | 0.00 |
| 377 - 387 | 11 | | AC00356 | B084C-033B-43 | URun HDMI-A v1.3 Rter,33ft/10m | @ | 5 | 4.10 | 5.60 |
| | | | | | | | 55 | 45.10 | 61.60 |
| 388 - 433 | 46 | | AC00356 | B084C-050B-43 | URun HDMI-A v1.3 Rter,50ft/15m | @ | 5 | 5.80 | 7.30 |
| | | | | | | | 230 | 266.80 | 335.80 |
| 434 - 473 | 40 | | AC00356 | B084C-065B-43 | URun HDMI-A v1.3 Rter,65ft/20m | @ | 5 | 7.50 | 9.00 |
| | | | | | | | 200 | 300.00 | 360.00 |
| 487 - 489 | 3 | | AC00355 | K072C-005B | UltraAV HDMI-A v1.3 4x1 Switch | @ | 12 | 6.60 | 7.60 |
| | | | | | | | 36 | 19.80 | 22.80 |
| 490 - 490 | 1 | | AC00355 | K072C-005B | UltraAV HDMI-A v1.3 4x1 Switch | @ | 6 | 3.50 | 4.50 |
| | | | | | | | 6 | 3.50 | 4.50 |
| | **110** | | | | | | **573.00** | **703.50** | **864.50** |

MARKS & NO: ◁ BLC ▷

SFO
C/NO. 368-473,487-490.
Made In China

**BIZLINK (BVI) CORP.**
**Limei**

REMARK: We hereby certify that all parts/materials contained in this shipment meet all requirements

Recycled ♻ Stock # EX-5-B

EXHIBIT 5

# Exhibit 5

From 中航興威国际货运代理有限公司深圳分公司  To. Coco深圳总郎, Ocean/Coco Yang|                  Page 1 Of 1  2008-06-11 12.21

# PACKING LIST

**BizLink** Corporation

6F-1, NO 2, JIAN BA RD,.
CHUNGHO CITY TAIPEI HSIEN, TAIWAN

List  No:  I20080605001

Date:  2008-6-5

| | |
|---|---|
| Packing List of | Cable with connectors |
| Sold to | BIZLINK TECHNOLOGY INC, |
| | 44911 INDUSTRIAL DRIVE. FREMONT,CA 94538,USA. |
| Shipped to | DITTO |
| Shipped by | BizLink (BVI) Corp. |
| From | SHENZHEN        TO        USA        Via    sea |

| Carton No | P/O | P/N | Description | Net Weight (KGS) | Gross Weight (KGS) | Meas. (CBM) |
|---|---|---|---|---|---|---|
| | | | CONTAINER NUMBER AND SEAL:MOFU5874159/40'/W413532 | | | |
| 1-490 | 490 | | CABLE WITH CONNECTOR | 8065.00 | 8902.00 | 49.00 |
| | | | | 8065.00 | 8902.00 | 49.00 |

MARKS & NO:

490

〈 BLC 〉

**SFO**
**C/NO.**

Made In China

REMARK: We hereby certify that all parts/materials contained in this shipment meet all requirements

From 中航彙威國際貨運代理有限公司深圳分公司  To: Coco「深圳总部」Ocean/Coco Yang」       Page 1 Of 1  2008-06-11 12 21

# INVOICE

**BizLink** Corporation

6F-1, NO 2, JIAN BA RD,
CHUNGHO CITY TAIPEI HSIEN, TAIWAN

| | |
|---|---|
| Invoice No: | I20080605001 |
| Date: | 2008-6-5 |
| INVOICE of | Cable with connectors |
| Sold to | BIZLINK TECHNOLOGY INC, |
| | 44911 INDUSTRIAL DRIVE  FREMONT, CA 94538, USA |
| Ship to | DITTO |
| Shipped by | BIZLINK BVI CORP, |

| From | SHENZHEN | to | USA | via | sea |
|---|---|---|---|---|---|

| P/O No. | Part No. | Description | KGS | Unit Price USD | Amount USD |
|---|---|---|---|---|---|
| | | CABLE WITH CONNECTOR | 8065.00 | 2.8700 | 23146.55 |
| | | Total | 8,065.00 | | 23146.55 |

shipping marks: BLC(in Dia)
     SFO
     C/NO.
     Made In China

**BIZLINK CORP.**