MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ZHONGHUI TU,<br><br>    Plaintiffs,<br><br>v.<br><br>ANNIE KUO, et al.,<br><br>    Defendants. | Case No. C 12-4166 WHO<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

    1. Pursuant to 31 U.S.C. § 3730 (b)(4), the United States hereby notifies the Court that it elects to intervene in this False Claims Act *qui tam* action.

    2. The parties have entered into a Settlement Agreement in this case. Defendant's payment under the Settlement Agreement is due on March 12, 2014. After receiving payment of the settlement amount, the United States and the Relator will file a stipulation of dismissal in this action pursuant to the terms and conditions of the Settlement Agreement.

    3. The United States requests that the Court unseal: (a) Relator's Complaint; (b) the summons, if any; (c) the scheduling order; (d) this Notice of Election and accompanying [Proposed] Order Lifting Seal, and (e) subsequent filings in this action. The United States

U.S. NOTICE OF ELECTION TO INTERVENE, No. C 12-4166 WHO

1

requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendants.

                          Respectfully submitted,

                          STUART F. DELERY
                          Assistant Attorney General

                          MELINDA HAAG

Dated: March 6, 2014           By:   */s/ Sara Winslow*
                                            SARA WINSLOW
                                            Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Upon consideration of the United States' Notice of Election to Intervene, the Court rules as follows.

1. The seal shall be lifted as to: (a) Relator's Complaint; (b) the summons, if any; (c) the scheduling order; (d) this Notice of Election and accompanying [Proposed] Order Lifting Seal; and (e) all subsequent filings in this action.

2. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

IT IS SO ORDERED.

Dated: __March 12, 2014__                      _/s/ William H. Orrick_
                                                  HON. WILLIAM H. ORRICK, III
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER (FILED UNDER SEAL)**

to be served this date upon each of the persons indicated below at the address(es) shown:

Mark Schlein
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

✓ _____ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **CERTIFIED MAIL (#)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____ **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____ **BY E-MAIL:** I caused each such document to be sent by e-mail to Rhonda L. Conner on December 2, 2013

_____ **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 6, 2014 at San Francisco, California

*/s/ Kathy Terry*
KATHY TERRY
Legal Assistant

U.S. NOTICE OF ELECTION TO INTERVENE, No. C 12-4166 WHO

3