MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ZHONGHUI TU, <br><br> Plaintiffs, <br><br> v. <br><br> ANNIE KUO, et al., <br><br> Defendants. | Case No.  C 12-4166 WHO <br><br> **STIPULATION OF DISMISSAL; ORDER** |

1.  Under Fed. R. Civ. P. 41(a)(1), the United States of America and Plaintiff-Relator

Zhonghui Tu hereby stipulate to the dismissal of this action pursuant to the terms and conditions

of the Settlement Agreement effective March 5, 2014.

2.  The Relator dismisses this action with prejudice as to himself.

3.  The United States of America dismisses with prejudice the claims concerning the

Covered Conduct in the March 5, 2014 Settlement Agreement.  The United States dismisses all

other claims in this action without prejudice to the United States.

4.  According to the terms of the Agreement, the Court retains jurisdiction over any

disputes that may arise regarding compliance with them.

STIPULATION OF DISMISSAL, No.  C 12-4166 WHO

1

1       5.  No answer has been served or filed, and no parties other than the United States and the

2  Relator have appeared in this action.

3       IT IS SO STIPULATED.

4
                                        Respectfully submitted,

5
                                        STUART F. DELERY

6                                        Assistant Attorney General

7                                        MELINDA HAAG

8
Dated: March 12, 2014            By:   ___/s/ signature on file_____

9                                        SARA WINSLOW

10                                        Assistant United States Attorney

11

12                                        BAUM HEDLUND ARISTEI
                                        & GOLDMAN, PC

13
Dated: March 10, 2014            By:   ___/s/ signature on file_____

14                                        BIJAN ESFANDIARI
                                        MARK H. SCHLEIN

15                                        DIANE MARGER MOORE

16                                        Attorneys for Qui Tam Plaintiff
                                        Zhonghui Tu

17

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27

28

STIPULATION OF DISMISSAL, No.  C 12-4166 WHO

2

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to Relator Zhonghui Tu.

2. Pursuant to the terms and conditions of the March 5, 2014 Settlement Agreement, the claims concerning the Covered Conduct are dismissed with prejudice as to the United States.  All other claims in this action are dismissed without prejudice as to the United States.

3. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the parties' March 5, 2014 Settlement Agreement.

IT IS SO ORDERED.

Dated: March 13, 2014

_____
HON. WILLIAM H. ORRICK, III
United States District Judge